# EXHIBIT D

The analysis set forth below is based on information reasonably available to Rogue before discovery and may be supplemented or refined based on information obtained through discovery. This chart is not intended to set forth Rogue's positions regarding the construction of any claim term; claim construction will be addressed at the appropriate stage of this action.

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
|---|---|
| 1. A clamping device comprising: | |
| a primary member having a first extremity having a first pin, a second extremity having a second pin, and a generally cylindrical body extending between the first and second extremities, |  |

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
|---|---|
| the generally cylindrical body having opposed interior and exterior surfaces and defining a central passage, |  |

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
|---|---|
| whereby the primary member is configured to receive an elongated member through the central passage; and |  |

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
| --- | --- |
| a lever moveably connected to the primary member, |  |

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
|---|---|
| the lever having a first hole being arcuate and elongated for receiving the first pin and a second hole being arcuate and elongated for receiving the second pin, |  |

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
|---|---|
| wherein the lever is moveable between an open position and a closed position, |     |

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
|---|---|
| wherein the first and second pins are configured to respectively travel along the first and second holes during movement of the lever between the open and closed positions, and |  |

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
|---|---|
| wherein the first and second pins are spaced by a first distance in the open position and by a second distance that is smaller than the first distance in the closed position, |     |

| Claim 1 of U.S. Patent No. 10,226,659 | Exemplary Images of Infringing Collars |
|---|---|
| such that the lever is configured to bring the first and second extremities of the primary member closer together in moving from the open position to the closed position by engagement between the first and second pins and the first and second holes, thereby reducing a width of the central passage. |  |