# EXHIBIT E

The analysis set forth below is based on information reasonably available to Rogue before discovery and may be supplemented or refined based on information obtained through discovery. This chart is not intended to set forth Rogue's positions regarding the construction of any claim term; claim construction will be addressed at the appropriate stage of this action.

| Claim 1 of U.S. Patent No. 10,953,263 | Exemplary Images of Infringing Collars |
| --- | --- |
| 1. A clamping device comprising: | |
| a primary member having a first extremity with a first side surface, a second extremity with a second side surface confronting the first side surface, and a generally cylindrical body extending between the first and second extremities, |  |

| Claim 1 of U.S. Patent No. 10,953,263 | Exemplary Images of Infringing Collars |
|---|---|
| the generally cylindrical body having top and bottom surfaces, each having a circular opening, and |  |

| Claim 1 of U.S. Patent No. 10,953,263 | Exemplary Images of Infringing Collars |
|---|---|
| opposed interior and exterior surfaces, the interior surface defining a central passage between the circular openings of the top and bottom surfaces, |   |

| Claim 1 of U.S. Patent No. 10,953,263 | Exemplary Images of Infringing Collars |
|---|---|
| whereby the primary member is configured to receive an elongated member through the central passage, |  |

<table>
<tr><th>Claim 1 of U.S. Patent No. 10,953,263</th><th>Exemplary Images of Infringing Collars</th></tr>
<tr><td>wherein the generally cylindrical body has a thickness defined between the interior and exterior surfaces, and the generally cylindrical body comprises a plurality of alternating thin sections and thick sections having increased thickness with respect to the thin sections, and</td><td>
</td></tr>
</table>

| Claim 1 of U.S. Patent No. 10,953,263 | Exemplary Images of Infringing Collars |
|---|---|
| wherein the thick and thin sections form alternating raised portions and recessed portions on the exterior surface that extend from the top surface to the bottom surface, wherein the alternating raised and recessed portions extend an entire circumferential distance between the first and second side surfaces; and |  |

| Claim 1 of U.S. Patent No. 10,953,263 | Exemplary Images of Infringing Collars |
|---|---|
| a lever moveably connected to the primary member proximate the first and second extremities and located between the top surface and the bottom surface, |   |

| Claim 1 of U.S. Patent No. 10,953,263 | Exemplary Images of Infringing Collars |
|---|---|
| the lever being moveable by rotation between an open position and a closed position, where the first and second extremities of the generally cylindrical body are closer together in the closed position than in the open position, thereby reducing a width of the central passage in the closed position. |   |